UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES H. WHITE (#507066)** | **CIVIL ACTION** |
| **VERSUS** | |
| **N. BURL CAIN, ET AL.** | **NO.: 3:14-cv-00091-BAJ-SCR** |

## RULING AND ORDER

Before the Court is Petitioner's **PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (Doc. 1)**. The Magistrate Judge has issued a **REPORT (Doc. 6)** recommending that Petitioner's application for habeas corpus relief be "dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d)," and, further, that the Court deny Petitioner a certificate of appealability, (*id.* at p. 14). Petitioner filed timely objections to the Magistrate Judge's Report. (Doc. 7).

Having carefully considered Petitioner's **PETITION (Doc. 1)** and related filings—including Petitioner's objections[1]—the Court **APPROVES** the Magistrate

---

[1] Among other things, Petitioner objects to the Magistrate Judge's conclusion that he is not entitled to statutory or equitable tolling of 28 U.S.C. § 2244(d)'s 1-year period of limitation because the magistrate judge failed to "take into consideration the lack of legal skill possessed by the Petitioner." (Doc. 7 at p. 1). On this point, Petitioner asserts that the Magistrate Judge's Report is in "conflict" with U.S. Supreme Court and Fifth Circuit Court of Appeals cases addressing the right to counsel at trial and on appeal. (*See id.* at p. 2). The Court is not persuaded by Petitioner's argument because, quite simply, "the right to appointed counsel extends to the first appeal of right, and no further." *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *see also id.* ("We have never held that prisoners have a constitutional right to counsel when mounting collateral attacks upon their convictions . . . and we decline to so hold today." (citation omitted)).

Judge's **REPORT (Doc. 6)** and **ADOPTS** it as the Court's opinion in this matter. Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 6),

**IT IS ORDERED** that Petitioner's **§ 2254 PETITION (Doc. 1)** is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Petitioner has failed to "ma[ke] a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 1ST day of July, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA